Argued August 22, affirmed August 22, petition for rehearing
denied September 14, petition for review
denied November 8, 1972

STATE OF OREGON, *Respondent, v.* LEONARD
EDWARD MORRELL (No. 75978), *Appellant.*

500 P2d 275

*F. E. Glenn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Gary D. Gortmaker,* District Attorney, Salem,
argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and
Thornton, Judges.

Affirmed from the bench.